## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: MORELLI, JAMES MICHAEL | § | Case No. 09-21805-LBR |
| | § | |
| MORELLI, JAMES M | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 02, 2009.  The undersigned trustee was appointed on July 02, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                 $            1,619.81

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 1,619.81 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 01/12/2010 and the deadline for filing governmental claims was 07/13/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $404.95.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $404.95, for a total compensation of $404.95.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $103.15, for total expenses of $103.15.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/10/2010          By:/s/LENARD E. SCHWARTZER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 09-21805-LBR | **Trustee:** (480250) LENARD E. SCHWARTZER |
| **Case Name:** MORELLI, JAMES MICHAEL | **Filed (f) or Converted (c):** 07/02/09 (f) |
| | **§341(a) Meeting Date:** 08/10/09 |
| **Period Ending:** 12/10/10 | **Claims Bar Date:** 01/12/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - 400 SOUTH GREEN, LV | 374,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | MONEY ON HAND | 35.00 | 35.00 | | 35.00 | FA |
| 3 | CHASE CHECKING AND TWO SAVINGS<br>75% (g) | 3,500.00 | 25.50 | | 25.50 | FA |
| 4 | FIRST SAVINGS BANK CHECKING ACCT.<br>***2831***<br>75% (g) | 7.00 | 1.75 | | 1.75 | FA |
| 5 | FIRST SAVINGS BANK BUSINESS CHECKING<br>ACCT.**2006<br>75% (g) + $1000 (z) | 8,582.00 | 1,510.00 | | 1,510.00 | FA |
| 6 | US BANK CHECKING ACCT.***9471*** | 57.00 | 14.25 | | 14.25 | FA |
| 7 | BANK OF AMERICA CHECKING ACCT.***0676*** | 115.00 | 28.75 | | 28.75 | FA |
| 8 | BANK OF AMERICA BUSINESS CHECKING<br>ACCT.***4702** | 68.00 | 3.75 | | 3.75 | FA |
| 9 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | WHOLE LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | BRILLANT DIAMONDS INC. AND NATIONAL<br>BENEFITS, IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 BMW X5 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | DESK, CHAIRS, AND ETC. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2009 TAX REFUND (u) | 0.00 | 391.07 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.81 | Unknown |
| 16 | **Assets** **Totals** (Excluding unknown values) | **$419,864.00** | **$2,010.07** | | **$1,619.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

REPORT OF DISTRIBUTION

01/14/2010 - David Given called 312-207-0700 ext 1to inform us that Mr. Morelli has a parking space worth between $10,000 to $30,000 in Chicago. Debtor never listed it in his schedules.   He will send us a bid.

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-21805-LBR

**Case Name:** MORELLI, JAMES MICHAEL

**Period Ending:** 12/10/10

**Trustee:**   (480250)   LENARD E. SCHWARTZER

**Filed (f) or Converted (c):** 07/02/09 (f)

**§341(a) Meeting Date:** 08/10/09

**Claims Bar Date:** 01/12/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   September 30, 2011          **Current Projected Date Of Final Report (TFR):**   December 13, 2010  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:**   09-21805-LBR
**Case Name:**   MORELLI, JAMES MICHAEL

**Taxpayer ID #:**   **-***0354
**Period Ending:**   12/10/10

**Trustee:**   LENARD E. SCHWARTZER (480250)
**Bank Name:**   JPMORGAN CHASE BANK, N.A.
**Account:**   ***-*****96-65 - Money Market Account
**Blanket Bond:**   $7,700,000.00   (per case limit)
**Separate Bond:**   N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/13/09 | | MORELLI | BANK ACCOUNT | | | 619.00 | | 619.00 |
| | {2} | | Bank Account | 35.00 | 1129-000 | | | 619.00 |
| | {3} | | Bank Account | 25.50 | 1129-000 | | | 619.00 |
| | {4} | | Bank Account | 1.75 | 1129-000 | | | 619.00 |
| | {5} | | Bank Account | 556.75 | 1129-000 | | | 619.00 |
| 10/13/09 | | MORELLI | BANK ACCOUNT | | | 1,000.00 | | 1,619.00 |
| | {6} | | Bank Account | 14.25 | 1129-000 | | | 1,619.00 |
| | {7} | | Bank Account | 28.75 | 1129-000 | | | 1,619.00 |
| | {8} | | Bank Account | 3.75 | 1129-000 | | | 1,619.00 |
| | {5} | | Bank Account | 953.25 | 1129-000 | | | 1,619.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.03 | | 1,619.03 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.06 | | 1,619.09 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.06 | | 1,619.15 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.06 | | 1,619.21 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.06 | | 1,619.27 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.07 | | 1,619.34 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.04 | | 1,619.38 |
| 04/20/10 | | Wire out to BNYM account 9200******9665 | Wire out to BNYM account 9200******9665 | | 9999-000 | -1,619.38 | | 0.00 |

|  | | | | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less: Bank Transfers | -1,619.38 | 0.00 | |
| | | | | | **Subtotal** | **1,619.38** | **0.00** | |
| | | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | | **NET Receipts / Disbursements** | **$1,619.38** | **$0.00** | |

{} Asset reference(s)

Printed: 12/10/2010 02:57 PM    V.12.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-21805-LBR

**Case Name:** MORELLI, JAMES MICHAEL

**Taxpayer ID #:** **-***0354

**Period Ending:** 12/10/10

**Trustee:** LENARD E. SCHWARTZER (480250)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******96-65 - Money Market Account

**Blanket Bond:** $7,700,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9665 | Wire in from JPMorgan Chase Bank, N.A. account ********9665 | 9999-000 | 1,619.38 | | 1,619.38 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 1,619.41 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,619.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,619.59 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,619.68 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,619.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,619.79 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,619.80 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,619.81 |
| 12/09/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1,619.81 |
| 12/09/10 | | To Account #9200******9666 | Transfer | 9999-000 | | 1,619.81 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **1,619.81** | **1,619.81** | **$0.00** |
| Less: Bank Transfers | | 1,619.38 | 1,619.81 | |
| **Subtotal** | | **0.43** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.43** | **$0.00** | |

{} Asset reference(s)

Printed: 12/10/2010 02:57 PM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:**  09-21805-LBR  
**Case Name:**  MORELLI, JAMES MICHAEL

**Taxpayer ID #:**  **-***0354  
**Period Ending:**  12/10/10

**Trustee:**  LENARD E. SCHWARTZER (480250)  
**Bank Name:**  The Bank of New York Mellon  
**Account:**  9200-******96-66 - Checking Account  
**Blanket Bond:**  $7,700,000.00  (per case limit)  
**Separate Bond:**  N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/09/10 | | From Account #9200******9665 | Transfer | 9999-000 | 1,619.81 | | 1,619.81 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **1,619.81** | **0.00** | **$1,619.81** |
| Less: Bank Transfers | | 1,619.81 | 0.00 | |
| **Subtotal** | | **0.00** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 1,619.81 |
|---|---|
| Net Estate : | $1,619.81 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****96-65** | **1,619.38** | **0.00** | **0.00** |
| **MMA # 9200-******96-65** | **0.43** | **0.00** | **0.00** |
| **Checking # 9200-******96-66** | **0.00** | **0.00** | **1,619.81** |
| | **$1,619.81** | **$0.00** | **$1,619.81** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    Claims Bar Date: January 12, 2010

**Case Number:** 09-21805-LBR
**Debtor Name:** MORELLI, JAMES MICHAEL

Page: 1

**Date:** December 10, 2010
**Time:** 02:57:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TEEEX[S 200 | LENARD E. SCHWARTZER | Admin Ch. 7 | | $103.15 | $0.00 | 103.15 |
| TEEFEES 200 | LENARD E. SCHWARTZER | Admin Ch. 7 | | $404.95 | $0.00 | 404.95 |
| 1 610 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | 4003 Approved | $3,464.62 | $0.00 | 3,464.62 |
| 2 610 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | 1006 Approved | $699.96 | $0.00 | 699.96 |
| 3 610 | ADVANTA BANK CORP C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | 6425 Approved | $4,460.03 | $0.00 | 4,460.03 |
| 4 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | 2518 Approved | $4,522.79 | $0.00 | 4,522.79 |
| 5 610 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | 1317/8541 Approved | $3,374.36 | $0.00 | 3,374.36 |
| 6 610 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | 6949/7716 Approved | $10,962.92 | $0.00 | 10,962.92 |
| 7 610 | US BANK Acct No 933074 1310 MADRID STREET #106 MARSHALL, MN 56258-0000 | Unsecured | 8000 Approved | $28,375.55 | $0.00 | 28,375.55 |
| 8 610 | CenturyLink (Embarq) PO Box 7971 Shawnee Mission, KS 66207-0971 | Unsecured | 5294 Approved | $550.40 | $0.00 | 550.40 |
| 9 610 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. PO Box 12914 NORFOLK, VA 23541 | Unsecured | 3888 Approved | $47,108.20 | $0.00 | 47,108.20 |
| 10 610 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | 2243 Approved | $19,061.53 | $0.00 | 19,061.53 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER      **Claims Bar Date:** January 12, 2010

**Case Number:** 09-21805-LBR                    Page:  2                    **Date:** December 10, 2010
**Debtor Name:**  MORELLI, JAMES MICHAEL                                     **Time:** 02:57:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|-------------------------|----------------|--------------|---------------|
| 11<br>610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | 4314<br>Approved | $4,410.56 | $0.00 | 4,410.56 |
| 12<br>610 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | 0966<br>Approved | $1,118.95 | $0.00 | 1,118.95 |
| << Totals >> | | | | 128,617.97 | 0.00 | 128,617.97 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-21805-LBR
Case Name: MORELLI, JAMES MICHAEL
Trustee Name: LENARD E. SCHWARTZER

**Balance on hand:**                    $            1,619.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                         $            1,619.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LENARD E. SCHWARTZER | 404.95 | 0.00 | 404.95 |
| Trustee, Expenses - LENARD E. SCHWARTZER | 103.15 | 0.00 | 103.15 |

Total to be paid for chapter 7 administration expenses:     $            508.10
Remaining balance:                                          $            1,111.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $            0.00
Remaining balance:                                             $            1,111.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $            0.00
Remaining balance:                        $            1,111.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 128,109.87 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN EXPRESS BANK FSB | 3,464.62 | 0.00 | 30.08 |
| 2 | AMERICAN EXPRESS BANK FSB | 699.96 | 0.00 | 6.07 |
| 3 | ADVANTA BANK CORP | 4,460.03 | 0.00 | 38.70 |
| 4 | Chase Bank USA, N.A. | 4,522.79 | 0.00 | 39.25 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 3,374.36 | 0.00 | 29.28 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 10,962.92 | 0.00 | 95.13 |
| 7 | US BANK | 28,375.55 | 0.00 | 246.24 |
| 8 | CenturyLink (Embarq) | 550.40 | 0.00 | 4.78 |
| 9 | PRA Receivables Management, LLC | 47,108.20 | 0.00 | 408.79 |
| 10 | U.S. Bank N.A. | 19,061.53 | 0.00 | 165.41 |
| 11 | U.S. Bank N.A. | 4,410.56 | 0.00 | 38.27 |
| 12 | HSBC Bank Nevada, N.A. | 1,118.95 | 0.00 | 9.71 |

Total to be paid for timely general unsecured claims: $     1,111.71

Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $     0.00

Remaining balance: $     0.00

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $_____ 0.00

Remaining balance:                                      $_____ 0.00

**UST Form 101-7-TFR (10/1/2010)**