1 | LENARD E. SCHWARTZER
2850 SO. JONES BLVD., STE. 1
2 | LAS VEGAS, NV 89146
Phone: (702) 307-2022
3 | E-Fax: (702) 974-0976

4 | TRUSTEE

RECEIVED
AND

JAN 31  1 00 PM '11

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re                                  ) Case No. BK-S-09-21805 LBR
                                       )
MORELLI, JAMES MICHAEL                 ) IN PROCEEDINGS UNDER CHAPTER 7
                                       )
                                       ) NOTICE OF UNCLAIMED FUNDS
                    Debtor(s)          )
                                       )

TO:      Clerk, United States Bankruptcy Court

FROM:    Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 8 | CenturyLink (Embarq)<br>P.O. Box 7971<br>Shawnee Mission, KS 66207-0971 | $ 4.78 | |
| | Total | $ 4.78 | $ 0.00 |

Date: *January 28, 2011*

Trustee Lenard E. Schwartzer

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 to into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.

#P99910  $4.78