# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–21805–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
   JAMES MICHAEL MORELLI
   aka   JAMES M MORELLI
   aka   JIM MORELLI
   fdba  BRILLIANT DIAMONDS INC.
   3157 N RAINBOW BLVD #519
   LAS VEGAS, NV 89108

Social Security No.:
   xxx–xx–8469

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/30/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court